UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES T. SHORT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:08-CV-465 |
| | ) (VARLAN/GUYTON) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's objections to the report and recommendation of the magistrate judge [Doc. 16] are hereby **OVERRULED**. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the report and recommendation [Doc. 15] is **ACCEPTED IN WHOLE**. Additionally, and for the reasons stated in the report and recommendation, which the Court adopts and incorporates into its ruling, it is **ORDERED** that plaintiff's motion for summary judgment [Doc. 8] be **DENIED**; that the Commissioner's motion for summary judgment [Doc. 13] be **GRANTED**; and that the Commissioner's decision denying plaintiff's application for benefits be **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE